Case 1:03-cv-00176  Document 3  Filed in TXSD on 11/14/2003  Page 1 of 2



# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

**ORIGINAL**

United States District Court
Southern District of Texas
FILED

## BROWNSVILLE DIVISION

NOV 1 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CONTINENTAL FOOD SALES, INC., a Washington corporation, | § § § § § § | CASE NO. 1:03-CV-00176 |
| | § | **CERTIFICATION AS TO** |
| | § | **INTERESTED PARTIES** |
| Plaintiff, | § § | |
| v. | § § | |
| HAIRE FROZEN FOODS, INC., a corporation, dba TEXAS FRUIT & BERRY CO.; DONALD W. HAIRE, an individual, | § § § § | |
| Defendants. | | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD, AND ALL OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the undersigned, counsel of record for CONTINENTAL FOOD SALES, INC., Plaintiff in the above-captioned action, certifies that the following listed parties have direct, pecuniary interests in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. CONTINENTAL FOOD SALES, INC., a Washington corporation — Plaintiff seeking recovery of at least $32,236.15 against Defendants for alleged Breach Of Contract; Enforcement Of Statutory PACA Trust Provisions; Violation Of PACA: Failure To Account And Pay Promptly; Account Stated

| | |
|---|---|
| 2. HAIRE FROZEN FOODS, INC., a Texas corporation d/b/a TEXAS FRUIT & BERRY CO. | Corporate Defendant against whom Plaintiff seeks recovery in the cumulative amount of at least $32,236.15. |
| 3. DONALD W. HAIRE, an individual | Individual Defendant, owner of Haire Frozen Foods and "control person," against whom Plaintiff seeks recovery in the cumulative amount of at least $32,236.15. |

Personal service of Summons and Complaint on Defendants has not been effective and counsel for Defendant is unknown at this time. Based on information and belief, Haire Frozen Foods, Inc. has no parent, subsidiary or affiliated corporations and is not publicly traded.

Respectfully submitted,

DATED: November 10, 2003

*William D. Peisen*
WILLIAM D. PEISEN
Texas State Bar No. 15731400
S.D. ID 1215
THE PEISEN FIRM, LLP
4430 S. McColl
Edinburg, TX 78539
Tel: 956-664-2963
Fax: 956-664-2967

PATRICIA J. RYNN, ESQ.
Ca. State Bar No. 092048
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660
Tel: 949.752.2911
Fax: 949.752.0953

attorneys for Plaintiff
CONTINENTAL FOOD SALES, INC.