Donald W. Haire

AO 440 (Rev. 10/93) Summons in a Civil Action

CAB-03-176

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 11-13-2003 AT 9:30 AM |
|---|---|
| NAME OF SERVER (PRINT) ED H. FINK | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 222 E. VAN BUREN #408, HARLINGEN, TX 78550

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

United States District Court
Southern District of Texas
FILED

NOV 21 2003

Michael N. Milby
Clerk of Court

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/13/03
_____
Date

_____
Signature of Server

Bill McMillon & Associates LC
204 West Ferguson
Suite 108
Pharr, Texas 78577

DAVE C. ECKSTEIN
MY COMMISSION EXPIRES
February 10, 2006

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.