IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 2 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CONTINENTAL FOOD SALES, INC., a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> HAIRE FROZEN FOODS, INC., a corporation, dba TEXAS FRUIT & BERRY CO.; DONALD W. HAIRE, an individual, <br><br> Defendants. | § CASE NO. 1:03-CV-00176 <br> § <br> § **PLAINTIFF'S REQUEST** <br> § **FOR CASE MANAGEMENT** <br> § **CONFERENCE TO BE** <br> § **CONTINUED, OR** <br> § **ALTERNATIVELY, IN THE** <br> § **EVENT OF ENTRY OF** <br> § **DEFAULT, BE** <br> § **VACATED; [PROPOSED]** <br> § **ORDER** <br> § <br> & [No Hearing Necessary] |

Plaintiff CONTINENTAL FOOD SALES, INC. ("Plaintiff") hereby requests that the Case Management Conference set for February 6, 2004 be continued for an additional 30-days pending Plaintiff's Request for Entry of Default by Clerk filed herewith. Defendants, despite being properly served with the Summons and Complaint in the matter, have failed to timely appear in the action. Plaintiff has filed said Request for Entry of Default by Clerk against all Defendants herein in accordance with Fed.R.Civ.P. 55(a).

Plaintiff further requests that in the event default is entered by the Clerk that the Case Management Conference be vacated and removed from the Court's calendar.

Respectfully submitted,

DATED: January 21, 2004

WILLIAM D. PEISEN
Texas State Bar No. 15731400
THE PEISEN FIRM, LLP
4401 S. McColl
Edinburg, TX 78539

Tel: 956-664-2963
Fax: 956-664-2967

Attorneys for Plaintiff