ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 2 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CONTINENTAL FOOD SALES, INC., a Washington corporation, | § § § § § § § § § § § § § § | CASE NO. 1:03-CV-00176<br><br>**PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT BY CLERK AGAINST DEFENDANTS HAIRE FROZEN FOODS, INC. and DONALD W. HAIRE; DECLARATION OF PATRICIA J. RYNN; EXHIBITS IN SUPPORT THEREOF** |
| Plaintiff, | | |
| v. | | |
| HAIRE FROZEN FOODS, INC., a corporation, dba TEXAS FRUIT & BERRY CO.; DONALD W. HAIRE, an individual, | | |
| Defendants. | | |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff, CONTINENTAL FOOD SALES, INC. ("Plaintiff") hereby requests that default be entered by the Court against Defendants HAIRE FROZEN FOODS, INC., a corporation, dba TEXAS FRUIT & BERRY CO.; and DONALD W. HAIRE, an individual (collectively "Defaulting Defendants"), in accordance with Federal Rules of Civil Procedure ("FRCP") Rule 55(a).

By declaration of William D. Peisen appended hereto and exhibits attached thereto, Plaintiffs have submitted proof of the following matters:

1. Despite being properly served with the Summons and Complaint in this matter, Defaulting Defendants have failed to timely appear in this action and has failed to present any defenses to Plaintiff's allegations.

2.　Pursuant to Federal Rules of Civil Procedure Rule 55(a), when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by law, the clerk shall enter the parties default.

This application is based on this Application, the pleadings filed previously with this Court, the Declaration of William D. Peisen appended hereto and all exhibits attached to that declaration.

DATED: January 16, 2004

Respectfully submitted,

_____
WILLIAM D. PEISEN
Texas State Bar No. 15731400
THE PEISEN FIRM, LLP
4401 S. McColl
Edinburg, TX 78539
Tel: 956-664-2963
Fax: 956-664-2967

PATRICIA J. RYNN, ESQ.
California State Bar No. 092048
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660
Tel: 949.752.2911
Fax: 949.752.0953

Attorneys for Plaintiff
CONTINENTAL FOOD SALES, INC.

STATE OF TEXAS § 
 §
COUNTY OF HIDALGO §

### AFFIDAVIT OF WILLIAM D. PEISEN

I, WILLIAM D. PEISEN, declare as follows:

2. I am attorney of record for Plaintiff CONTINENTAL FOOD SALES, INC. ("Plaintiff"). I make this declaration in support of Plaintiff's request for default against Defendants HAIRE FROZEN FOODS, INC., a corporation, dba TEXAS FRUIT & BERRY CO.; and DONALD W. HAIRE, an individual (collectively "Defaulting Defendants").

3. I have personal knowledge of all matters set forth in this declaration and if called as a witness would and could competently testify thereto.

4. Plaintiff's Summons and Complaint were duly served on Defaulting Defendant DONALD HAIRE, an individual, by personal service at 222 E. Van Buren #408, Harlingen, Texas 78550 on November 13, 2003. *See*, Proof of Service by Bill McMillon & Associates, LC, attached hereto and incorporated herein as Exhibit 1.

5. Plaintiff's Summons and Complaint were duly served on Defaulting Defendant HAIRE FROZEN FOODS, INC., a corporation, dba TEXAS FRUIT & BERRY CO., by personal service on Donald Haire, owner and registered agent for the corporation, at 222 E. Van Buren #408, Harlingen, Texas 78550 on November 13, 2003. *See*, Proof of Service by Bill McMillon & Associates, LC, attached hereto and incorporated herein as Exhibit 1.

6. Despite being served the Summons and Complaint described above, Defendants have not appeared in this action or otherwise responded to the Complaint within the time period allowed by law.

7. By virtue of Defendants' failure to respond to Plaintiff's Complaint, Plaintiff's request default be promptly entered against Defendants.

I declare under penalty of perjury under the laws of the State of Texas and the United States of America that the foregoing is true and correct.

Executed this  29  day of January, 2004 at Edinburg, Texas.

_____
WILLAIM D. PEISEN

SUBSCRIBED AND SWORN TO BEFORE me on this the 29th day of January, 2004.

[Notary Seal: JASMIN TREVINO, NOTARY PUBLIC, STATE OF TEXAS, MY COMMISSION EXPIRES 4-20-04]

_____
Notary Public in and for the State of Texas

01/12/2004 21:15 2106 367 WILLIAM PEISEN AT PAGE 03

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 11-13-03 AT 9:30 AM |
| NAME OF SERVER (PRINT) ED H. FINK | TITLE | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 222 E. VAN BUREN # 408, HARLINGEN, TX 78550

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/13/03
*Signature of Server*

Bill McMillon & Associates LC
204 West Ferguson
- Suite 108
Pharr, Texas 78577

DAVE C. ECKSTEIN
MY COMMISSION EXPIRES
February 10, 2006

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 11-13-2003 AT 9:30 AM |
| NAME OF SERVER (PRINT) ED H. FINK | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 222 E VAN BUREN #408, HARLINGEN, TX 78550

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/13/03
          Date

Signature of Server

Bill McMillon & Associates LC
204 West Ferguson
Suite 108
Pharr, Texas 78577

DAVE C. ECKSTEIN
MY COMMISSION EXPIRES
February 10, 2006

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.