**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 2 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CONTINENTAL FOOD SALES, INC., a Washington corporation, | § § § | CASE NO. 1:03-CV-00176 |
| Plaintiff, | § § § | **[PROPOSED] ENTRY OF DEFAULT BY CLERK** |
| v. | § § | |
| HAIRE FROZEN FOODS, INC., a corporation, dba TEXAS FRUIT & BERRY CO.; DONALD W. HAIRE, an individual, | § § § § § | |
| Defendants. | § | |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and at the direction of the Court, default is hereby entered against Defendants HAIRE FROZEN FOODS, INC., a corporation, dba TEXAS FRUIT & BERRY CO. and DONALD HAIRE, an individual.

DEFAULT ENTERED this 04 day of February, 2004.

_____
DEPUTY CLERK