IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| CONTINENTAL FOOD SALES, INC., a Washington corporation, | § § § § § | |
| Plaintiff, | § § | |
| | § | CASE NO. 1:03-CV-00176 |
| v. | § § | |
| HAIRE FROZEN FOODS, INC., a corporation, dba TEXAS FRUIT & BERRY CO.; DONALD W. HAIRE, an individual, | § § § § | |
| Defendants. | | |

## ORDER

Having read the above request and good cause appearing therefore,

IT IS ORDERED that the Case Management Conference set for February 6, 2004 is vacated and will be taken off calendar.

IT IS SO ORDERED.

Done this the 10th day of Feb, 2004, at Brownsville, Texas.

_____
JUDGE PRESIDING

REQUEST FOR REMOVAL OF CMC FROM CALENAR    2