IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 9 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CONTINENTAL FOOD SALES, INC., a Washington corporation, | § § § | CASE NO. 1:03-CV-00176 |
| Plaintiff, | § § | |
| v. | § § | |
| HAIRE FROZEN FOODS, INC., a corporation, dba TEXAS FRUIT & BERRY CO.; DONALD W. HAIRE, an individual, | § § § § § | |
| Defendants. | § | |

**PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT BY COURT AGAINST ALL DEFENDANTS**

TO: THE HONORABLE ANDREW S. HANEN, JUDGE OF THE ABOVE-ENTITLED COURT:

Plaintiff CONTINENTAL FOOD SALES, INC. ("Plaintiff") hereby requests that default judgment be entered by the Court against Defendants HAIRE FROZEN FOODS, INC., a corporation, d/b/a TEXAS FRUIT & BERRY CO. and DONALD W. HAIRE, an individual (collectively "Defaulting Defendants"), in accordance with Federal Rules of Civil Procedure ("FRCP") rule 55(a) and (b)(1).

By Affidavits of Patricia J. Rynn and Michael Barrett filed simultaneously herewith, Plaintiffs have submitted proof of the following matters:

1. Despite being properly served with the summons and complaint in this matter, Defaulting Defendants have failed to timely appear in this action and have failed to present any defenses to Plaintiffs' allegations;

2. Default was entered against Defaulting Defendants on February 4, 2004;

3. The Defaulting Defendants are not infants or incompetent persons or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940;

4. Plaintiffs are entitled to judgment against Defaulting Defendants on account of each of the claims pleaded in Plaintiffs' Complaint;

5. The amount of judgment sought on behalf of Plaintiffs is fixed and readily ascertainable pursuant to Plaintiff's invoice for produce sold and delivered to Defendants in the following principal amount of $42,060.68, all of which qualifies for protection under the trust provisions of the Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. §499e, *et seq.*];

6. Plaintiffs' invoices contain language allowing it to recover its attorney fees and thus is entitled to attorneys' fees and costs in the cumulative amount of $3,147.67 through January 31, 2004;

///

7. Plaintiff is further entitled to the right to supplement its attorney fees and costs incurred after January 31, 2004 subject to proof;

8. Plaintiff's invoices contain language allowing it to recover its pre-judgment interest at the rate of 18% per annum calculated through March 4, 2004 in the amount of $6,676.86;

9. Plaintiff is further entitled to post judgment interest at the rate of 18% per annum on all unpaid sums until fully paid;

10. For the above stated reasons, Plaintiff requests that default judgment be entered against Defendants, forthwith in the principal claim amount of $32,236.15, plus fees and costs in the amount of $3,147.67 and pre-judgment interest in the amount of $6,676.86 for an overall cumulative total due of $42,060.68. Plaintiff also requests that this Court award post judgment interest at the rate of 18% per annum and the right for Plaintiff to supplement its claim with any attorney fees/costs incurred after January 31, 2004 subject to proof.

/ / /

/ / /

/ / /

This Motion is based on the Motion, the pleadings filed previously with this court, the Affidavits of Patricia J. Rynn and Michael Barrett filed simultaneously herewith and all exhibits appended thereto.

DATED:　March 5, 2004　　　　　　　　　Respectfully submitted,

By: _____
WILLIAM D. PEISEN
Texas State Bar No. 15731400
THE PEISEN FIRM, LLP
4401 S. McColl Street
Edinburg, TX 78539
Tel: 956-664-2963

PATRICIA J. RYNN
California State Bar No. 092048
RYNN & JANOWSKY, LLP
4100 Newport Place Dr., Ste. 700
Newport Beach, CA 92660
Tel: (949) 752-2911
Fax: (949) 752-0953

Attorneys for Plaintiff
CONTINENTAL FOOD SALES, INC.