*13*

United States District Court
Southern District of Texas
FILED

MAR 0 9 2004

Michael N. Milby
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CONTINENTAL FOOD SALES, INC., a Washington corporation, | § | CASE NO. 1:03-CV-00176 |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| HAIRE FROZEN FOODS, INC., a corporation, dba TEXAS FRUIT & BERRY CO.; DONALD W. HAIRE, an individual, | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| Defendants. | § | |

## AFFIDAVIT OF PATRICIA J. RYNN IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST ALL DEFENDANTS; EXHIBITS IN SUPPORT THEREOF

I, PATRICIA J. RYNN, declare as follows:

1.    I am lead counsel for Plaintiff CONTINENTAL FOOD SALES, INC.

2.    I make this declaration in support of Plaintiff's Request for Entry of Default Judgment by Court against Defendants HAIRE FROZEN FOODS, INC., a corporation, d/b/a TEXAS FRUIT & BERRY CO. and DONALD W. HAIRE, an individual (collectively "Defendants").

3.    I have personal knowledge of all matters set forth in this declaration and if called as a witness would and could competently testify thereto.

4.    This lawsuit is being brought under the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. §499e, *et seq.* and seeks to enforce Plaintiff's PACA trust rights against Defendants under the trust provisions of PACA.

5.    Plaintiffs are the moving parties herein and are trust beneficiaries of Defendants named herein under the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. §499e.

6.    Defendants are subject to all rules and regulations governing PACA and the trust provisions set forth therein. *See,* 7 C.F.R. §46.2 (m) and (x). *See also*, Affidavit of Michael Barrett, and Exhibits appended thereto.

7.    I have reviewed the invoices of Plaintiff and believe that Plaintiff has complied with all statutory requirements necessary to preserve its trust rights under the PACA in the total principal amount due of at least $32,236.15. This was accomplished by Plaintiff's inclusion of the required statutory trust language contained in 7 U.S.C. §499e on the face of their invoices sent to Defendants. *See,* Exhibit 1 to the Declaration of Michael Barrett filed simultaneously herewith.

8.    Plaintiff's summons and complaint were duly served on Defendants by personal service as established in Plaintiff's application for entry of default previously filed with this court.

9.    Defendants have not appeared in this action nor have they responded to the complaint within the time period allowed by law.  Thus, on February 4, 2004, this Court entered default against Defendants.  A true and correct copy of the default is attached hereto and incorporated herein by reference as Exhibit 1.

10.    By virtue of Defendants' failure to respond to Plaintiff's complaint, Plaintiff requests default judgment be promptly entered against all said Defendants.

11.    A sum certain for produce sold and delivered to Defendants is due and owing to Plaintiff by Defendants in the total principal amount of $32,236.15. These sums are fixed and readily ascertainable pursuant to Plaintiff's invoices confirming the sale and shipment of said produce.

12.    No part of said sums have been paid.

13.    I am informed and believe that none of the Defendants are infants or incompetent persons or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940.

14.    Plaintiff is entitled to judgment against Defendants on account of each of the claims pleaded in Plaintiff's Complaint.

15.    Through January 31, 2004, I have expended 4 hours and my partner, Bart M. Botta has expended .6 hours on this matter, both of us at a billable rate of $295.00 per hour ($1,357.00). Also, through January 31, 2004, June Monroe, a paralegal in this firm expended 4.7 hours on this matter at a billable rate of $90.00

per hour ($423.00). Additionally, costs in the amount of $1,367.67 have also been incurred, $930.00 of which is for billing statements sent by our local counsel, William Peisen. Total attorneys fees and costs accumulated through January 31, 2004 total $3,147.67. Accordingly, for reasons that are thoroughly established in the Complaint, I am requesting that Plaintiff be allowed to recover its attorney's fees and costs in the cumulative amount of $3,147.67. True and correct billing statements for attorneys' fees and costs are attached hereto and incorporated herein by reference as Exhibit 2.

16.    Continental reserves the right to supplement its claim for attorneys fees and costs incurred after January 31, 2004 subject to proof.

17.    Additionally, pursuant to Continental's invoices to Defendants, Continental is entitled to 1.5% interest per month (18% per annum) on all past due invoices. As of March 4, 2004, the accrued interest charges total $6,676.86. Additionally, post judgment interest will continue to accrue on all past due amounts at the rate of 1.5% interest (18% per annum).

18.    For the above stated reasons, Plaintiff requestS that default judgment be entered against Defendants, forthwith in the principal claim amount of $32,236.15, plus pre-judgment interest in the amount of $6,676.86 and fees and costs in the amount of $3,147.67 for an overall cumulative total due of $42,060.68. Plaintiff also requests that this Court award post judgment interest at the rate of

18% per annum and attorney fees incurred after January 31, 2004 subject to proof for the reasons stated above.

I declare under penalty of perjury under the laws of the State of California and the State of Washington, and the United States of America that the foregoing is true and correct.

Executed this 3rd day of March, 2004 at Newport Beach, California.

PATRICIA J. RYNN

STATE OF CALIFORNIA          )
s.s                          )
COUNTY OF ORANGE             )

SUBSCRIBED AND SWORN TO BEFORE me on this ___3rd___ day of March, 2004.



NOTARY PUBLIC

9



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 2 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CONTINENTAL FOOD SALES, INC., a Washington corporation, | § § § | CASE NO. 1:03-CV-00176 |
| | § | **[PROPOSED] ENTRY OF** |
| Plaintiff, | § § | **DEFAULT BY CLERK** |
| v. | § § | |
| HAIRE FROZEN FOODS, INC., a corporation, dba TEXAS FRUIT & BERRY CO.; DONALD W. HAIRE, an individual, | § § § § | |
| | § § | |
| Defendants. | § | |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and at the direction of the Court, default is hereby entered against Defendants HAIRE FROZEN FOODS, INC., a corporation, dba TEXAS FRUIT & BERRY CO. and DONALD HAIRE, an individual.

DEFAULT ENTERED this 04 day of February, 2004.

_____
DEPUTY CLERK

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE, SUITE 700
NEWPORT BEACH CA 92660
TELEPHONE: 949/752-2911
FACSIMILE: 949/752-0953

JANUARY 31, 2004
ACCOUNT: CONT

Continental Food Sales, Inc..
600 Winslow Way E., Suite 231
Bainbridge Island, WA 98110

ATTENTION: Mike Barrett

---

**CURRENT STATEMENT**

| | |
|---|---:|
| PRIOR BALANCE DUE | 310.00 |
| BALANCE FORWARD | 310.00 |
| FEES THIS STATEMENT | 88.50 |
| EXPENSES THIS STATEMENT | 310.00 |
| TOTAL BALANCE DUE THROUGH 01/31/04 | 708.50 |

EXHIBIT 2

## PROFESSIONAL SERVICES

| File # - 03-254 CONTINENTAL FOOD SL V HAIRE FROZEN FOODS | | | HRS |
|---|---|---|---|
| 01/15/04 | PJR | Conference with legal assistant re default entry; case management conference | 0.30 |

File # 03-254 TOTAL FEES          88.50


EXPENSES:

CO-COUNSEL                            310.00

File # 03-254 TOTAL EXPENSES $     310.00

RYNN & JANOWSKY
PAGE 3
JANUARY 31, 2004
ACCOUNT: CONT

## MONTHLY STATEMENT SUMMARY

| SERVICES BY ATTORNEY | HOURS | RATE | | AMOUNT |
|---|---|---|---|---|
| PJR (03-254) | 0.30 | 295.00 | | 88.50 |
| | | TOTAL FEES | $ | 88.50 |

EXPENSES:

| | CO-COUNSEL | | | 310.00 |
|---|---|---|---|---|
| | | TOTAL EXPENSES | $ | 310.00 |

| | | |
|---|---|---|
| BALANCE FORWARD | $ | 310.00 |
| CURRENT FEES,EXPENSES & ADJ | | 398.50 |
| **TOTAL BALANCE DUE THROUGH 01/31/04** | $ | **708.50** |

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE, SUITE 700
NEWPORT BEACH CA 92660
TELEPHONE: 949/752-2911
FACSIMILE: 949/752-0953

DECEMBER 31, 2003
ACCOUNT: CONT

Continental Food Sales, Inc..
600 Winslow Way E., Suite 231
Bainbridge Island, WA 98110

ATTENTION: Mike Barrett

---

**CURRENT STATEMENT**

|                                       |          |
|---------------------------------------|----------|
| PRIOR BALANCE DUE                     | 407.30   |
| PAYMENTS RECEIVED                     | -407.30  |
| BALANCE FORWARD                       | 0.00     |
| FEES THIS STATEMENT                   | 0.00     |
| EXPENSES THIS STATEMENT               | 310.00   |
| TOTAL BALANCE DUE THROUGH 12/31/03    | 310.00   |

## PROFESSIONAL SERVICES

**File # - 03-254 CONTINENTAL FOOD SL V HAIRE FROZEN FOODS**         **HRS**

        File # 03-254  TOTAL FEES       0.00

EXPENSES:

        CO-COUNSEL         310.00
                              ——————

      File # 03-254  TOTAL EXPENSES $    310.00

RYNN & JANOWSKY
PAGE 3
DECEMBER 31, 2003
ACCOUNT: CONT

## MONTHLY STATEMENT SUMMARY

|                                      |     |        |
|--------------------------------------|-----|-------:|
| TOTAL FEES                           | $   | 0.00   |

EXPENSES:

| CO-COUNSEL                           |     | 310.00 |
|--------------------------------------|-----|-------:|
| TOTAL EXPENSES                       | $   | 310.00 |

| BALANCE FORWARD                      | $   | 0.00   |
|--------------------------------------|-----|-------:|
| CURRENT FEES,EXPENSES & ADJ          |     | 310.00 |
| **TOTAL BALANCE DUE THROUGH 12/31/03** | **$** | **310.00** |

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE, SUITE 700
NEWPORT BEACH CA 92660
TELEPHONE: 949/752-2911
FACSIMILE: 949/752-0953

NOVEMBER 30, 2003
ACCOUNT: CONT

Continental Food Sales, Inc..
600 Winslow Way E., Suite 231
Bainbridge Island, WA 98110

ATTENTION: Mike Barrett

---

CURRENT STATEMENT

| | |
|---|---:|
| PRIOR BALANCE DUE | 251.32 |
| PAYMENTS RECEIVED | -251.32 |
| BALANCE FORWARD | 0.00 |
| FEES THIS STATEMENT | 77.00 |
| EXPENSES THIS STATEMENT | 330.30 |
| TOTAL BALANCE DUE THROUGH 11/30/03 | 407.30 |

RYNN & JANOWSKY
PAGE 2
NOVEMBER 30, 2003
ACCOUNT: CONT

## PROFESSIONAL SERVICES

| File # - 03-254 CONTINENTAL FOOD SL V HAIRE FROZEN FOODS | | | HRS |
|---|---|---|---|
| 11/10/03 | JM | Telephone call to local counsel re status of publishing and affidavits from process server | 0.10 |
| 11/12/03 | JM | Telephone call to local counsel re status (voice mail) | 0.10 |
| 11/18/03 | BB | Telephone call from Mike Barrett re case status, service issues, etc. | 0.20 |

File # 03-254 TOTAL FEES          77.00

EXPENSES:

| CO-COUNSEL | 310.00 |
|---|---|
| CHOICE POINT (COMPUTER RESEARCH) | 17.00 |
| TELEPHONE CALLS | 3.30 |

File # 03-254 TOTAL EXPENSES $     330.30

RYNN & JANOWSKY
PAGE 3
NOVEMBER 30, 2003
ACCOUNT: CONT

## MONTHLY STATEMENT SUMMARY

| SERVICES BY ATTORNEY | HOURS | RATE | AMOUNT |
|---|---|---|---|
| BB (03-254) | 0.20 | 295.00 | 59.00 |
| JM (03-254) | 0.20 | 90.00 | 18.00 |
| TOTAL FEES | | $ | 77.00 |

EXPENSES:

| | AMOUNT |
|---|---|
| CHOICE POINT (COMPUTER RESEARC | 17.00 |
| CO-COUNSEL | 310.00 |
| TELEPHONE CALLS | 3.30 |
| TOTAL EXPENSES        $ | 330.30 |

| | | |
|---|---|---|
| BALANCE FORWARD | $ | 0.00 |
| CURRENT FEES,EXPENSES & ADJ | | 407.30 |
| **TOTAL BALANCE DUE THROUGH 11/30/03** | **$** | **407.30** |

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE, SUITE 700
NEWPORT BEACH CA 92660
TELEPHONE: 949/752-2911
FACSIMILE: 949/752-0953

OCTOBER 31, 2003
ACCOUNT: CONT

Continental Food Sales, Inc..
600 Winslow Way E., Suite 231
Bainbridge Island, WA 98110

ATTENTION: Mike Barrett

---

**CURRENT STATEMENT**

| | |
|---|---:|
| PRIOR BALANCE DUE | 1,470.55 |
| PAYMENTS RECEIVED | -1,470.55 |
| BALANCE FORWARD | 0.00 |
| FEES THIS STATEMENT | 177.00 |
| EXPENSES THIS STATEMENT | 74.32 |
| TOTAL BALANCE DUE THROUGH 10/31/03 | 251.32 |

RYNN & JANOWSKY
PAGE 2
OCTOBER 31, 2003
ACCOUNT: CONT

## PROFESSIONAL SERVICES

File # - 03-254 CONTINENTAL FOOD SL V HAIRE FROZEN FOODS                    HRS

| Date | Init | Description | HRS |
|------|------|-------------|-----|
| 10/09/03 | PJR | Draft e-mail to legal assistant re confirmation of filing; service dates for docketing | 0.20 |
| 10/22/03 | BB | Conference with Trista re service issues,etc.; research on Texas law re service of process requirements, subservice, etc. | 0.70 N/C |
| 10/22/03 | BB | Review, revise and finalize certificate of interested parties;  review local rules;  confer with Trista re filing, etc. | 0.40 |
| 10/31/03 | PJR | Telephone call from client re status of service; confer with paralegal re same | 0.50 N/C |

          File # 03-254 TOTAL FEES        177.00


 EXPENSES:

|  | COMPUTER RESEARCH | 59.07 |
|--|--------------------|-------|
|  | COMPUTER RESEARCH | 15.25 |

          File # 03-254 TOTAL EXPENSES $       74.32

RYNN & JANOWSKY
PAGE 3
OCTOBER 31, 2003
ACCOUNT: CONT

## MONTHLY STATEMENT SUMMARY

SERVICES

| BY ATTORNEY | HOURS | RATE | AMOUNT |
|---|---|---|---|
| BB (03-254) | 0.70 | 0.00 | 0.00 |
| BB (03-254) | 0.40 | 295.00 | 118.00 |
| PJR (03-254) | 0.50 | 0.00 | 0.00 |
| PJR (03-254) | 0.20 | 295.00 | 59.00 |
| | | TOTAL FEES | $ 177.00 |

EXPENSES:

| | | AMOUNT |
|---|---|---|
| COMPUTER RESEARCH | | 59.07 |
| COMPUTER RESEARCH | | 15.25 |
| TOTAL EXPENSES | $ | 74.32 |

| | | |
|---|---|---|
| BALANCE FORWARD | $ | 0.00 |
| CURRENT FEES,EXPENSES & ADJ | | 251.32 |
| **TOTAL BALANCE DUE THROUGH 10/31/03** | **$** | **251.32** |

**LAW OFFICES**
**RYNN & JANOWSKY**
4100 NEWPORT PLACE DRIVE, SUITE 700
NEWPORT BEACH CA 92660
TELEPHONE: 949/752-2911
FACSIMILE: 949/752-0953

SEPTEMBER 30, 2003
ACCOUNT: CONT

Continental Food Sales, Inc..
600 Winslow Way E., Suite 231
Bainbridge Island, WA 98110

ATTENTION: Mike Barrett

---

**CURRENT STATEMENT**

| | |
|---|---:|
| PRIOR BALANCE DUE | 0.00 |
| BALANCE FORWARD | 0.00 |
| FEES THIS STATEMENT | 1,437.50 |
| EXPENSES THIS STATEMENT | 33.05 |
| TOTAL BALANCE DUE THROUGH 09/30/03 | 1,470.55 |

RYNN & JANOWSKY
PAGE 2
SEPTEMBER 30, 2003
ACCOUNT: CONT

## PROFESSIONAL SERVICES

| File # - 03-254 CONTINENTAL FOOD SL V HAIRE FROZEN FOODS | | | HRS |
|---|---|---|---|
| 09/09/03 | PJR | Telephone call to M. Barrett (voice mail) re collection matter | 0.30 |
| 09/10/03 | PJR | Review paperwork from Cont. Sales re remaining receivable due and issues for demand letter; confer with paralegal Monroe re same | 0.60 |
| 09/11/03 | JM | Research Texas Fruit corporate form, principals; call to PACA; draft demand letter for Atty Rynn's signature; prepare draft complaint; call to client re sending of finalized demand letter and draft complaint | 1.30 |
| 09/11/03 | PJR | Review and edit demand letter and federal district court complaint;  call from client re late charge reference | 0.70 |
| 09/17/03 | PJR | Email note to paralegal re asset search; local counsel etc. deadline for filing complaint; review reply re same | 0.30 |
| 09/18/03 | JM | Conduct in-house tracing on defendants; revise complaint per Attyr Rynn input; draft summons (2); draft civil cover sheet draft pro hac vice application for filing; memo to Atty | 3.20 |
| 09/18/03 | PJR | Review and revise complaint to be filed in district court; add account stated cause of action | 0.80 |
| 09/19/03 | PJR | Review asset report and call client re initiation of suit | 0.40 |
| 09/19/03 | PJR | Telephone call to local counsel re appropriate division for filing complaint, local judges' attitude re PACA lawsuits; complaint | 0.40 |
| 09/30/03 | PJR | Draft email to local and legal assistant; confer with assistant re email error and call client re same | 0.60 N/C |

               File # 03-254 TOTAL FEES      1,437.50


  EXPENSES:

                    COMPUTER RESEARCH          21.50
                    TELEPHONE CALLS            11.55
                                          _____
             File # 03-254 TOTAL EXPENSES $     33.05

RYNN & JANOWSKY
PAGE 3
SEPTEMBER 30, 2003
ACCOUNT: CONT

## MONTHLY STATEMENT SUMMARY

| SERVICES BY ATTORNEY | HOURS | RATE | AMOUNT |
|---|---|---|---|
| JM (03-254) | 4.50 | 90.00 | 405.00 |
| PJR (03-254) | 0.60 | 0.00 | 0.00 |
| PJR (03-254) | 3.50 | 295.00 | 1,032.50 |
| TOTAL FEES | | $ | 1,437.50 |

EXPENSES:

| | AMOUNT |
|---|---|
| COMPUTER RESEARCH | 21.50 |
| TELEPHONE CALLS | 11.55 |
| TOTAL EXPENSES | $ 33.05 |

| | | |
|---|---|---|
| BALANCE FORWARD | $ | 0.00 |
| CURRENT FEES,EXPENSES & ADJ | | 1,470.55 |
| TOTAL BALANCE DUE THROUGH 09/30/03 | $ | 1,470.55 |