IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

|  |  |  |
|---|---|---|
| CONTINENTAL FOODS SALES, | § | |
| INC., a Washington Corporation, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CASE NO. 1:03-CV-00176 |
| | § | |
| HAIRE FROZEN FOODS, INC., a corporation, | § | |
| dba TEXAS FRUIT & BERRY CO.; | § | |
| DONALD W. HAIRE, an individual, | § | |
| Defendants. | § | |

*United States District Court*
*Southern District of Texas*
*ENTERED*
*APR 0 1 2004*
*Michael N. Milby, Clerk of Court*
*By Deputy Clerk*

## DEFAULT JUDGMENT AGAINST ALL DEFENDANTS

Having read and considered Plaintiff's Request for Entry of Default Judgment and all supporting pleadings and exhibits submitted therewith and other pleadings, declarations and exhibits already on file with this court, and good cause appearing therefore,

JUDGMENT IS HEREBY ENTERED in favor of Plaintiffs and against Defendants HAIRE FROZEN FOODS, INC., a corporation d/b/a TEXAS FRUIT & BERRY CO. and DONALD W. HAIRE, an individual (collectively referred to as "Defendants"), jointly and severally, as follows:

    A.    Judgment in favor of Plaintiff and against Defendants in the cumulative amount of $42,060.68, which includes Plaintiff's principal claim amount of $32,236.15, plus pre-judgment interest in the amount of $6,676.86 attorney's fees and costs in the amount of $3,147.67, all of which qualifies for trust protection under the trust provisions of Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. § 499e, et seq.]; and,

B.  Plaintiff is further entitled to receive post-judgment interest at the rate of twelve percent (18%) per annum on all unpaid principal sums until fully paid.

C.  Plaintiff is further entitled to supplement its claim for attorney fees and costs incurred after January 31, 2004 subject to proof.

Signed in Brownsville, Texas on the 31st day of March, 2003.

Andrew S. Hanen
United States District Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CONTINENTAL FOODS SALES, INC., a Washington Corporation, Plaintiff, | § § § § | |
| VS. | § § | CASE NO. 1:03-CV-00176 |
| HAIRE FROZEN FOODS, INC., a corporation, dba TEXAS FRUIT & BERRY CO.; DONALD W. HAIRE, an individual, Defendants. | § § § § | |

**DEFAULT JUDGMENT AGAINST ALL DEFENDANTS**

Having read and considered Plaintiff's Request for Entry of Default Judgment and all supporting pleadings and exhibits submitted therewith and other pleadings, declarations and exhibits already on file with this court, and good cause appearing therefore,

JUDGMENT IS HEREBY ENTERED in favor of Plaintiffs and against Defendants HAIRE FROZEN FOODS, INC., a corporation d/b/a TEXAS FRUIT & BERRY CO. and DONALD W. HAIRE, an individual (collectively referred to as "Defendants"), jointly and severally, as follows:

A. Judgment in favor of Plaintiff and against Defendants in the cumulative amount of $42,060.68, which includes Plaintiff's principal claim amount of $32,236.15, plus pre-judgment interest in the amount of $6,676.86 attorney's fees and costs in the amount of $3,147.67, all of which qualifies for trust protection under the trust provisions of Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. § 499e, et seq.]; and,

B.  Plaintiff is further entitled to receive post-judgment interest at the rate of twelve percent (18%) per annum on all unpaid principal sums until fully paid.

C.  Plaintiff is further entitled to supplement its claim for attorney fees and costs incurred after January 31, 2004 subject to proof.

Signed in Brownsville, Texas on the 31st day of March, 2003.

Andrew S. Hanen
United States District Judge