IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 8 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CONTINENTAL FOOD SALES, INC. § | |
| § | |
| vs. § | |
| § | Case No. 1:03-CV-00176 |
| HAIRE FROZEN FOODS, INC. d/b/a § | |
| TEXAS FRUIT & BERRY CO., and § | |
| DONALD W. HAIRE § | |

APPLICATION FOR TURNOVER ORDER
AND MEMORANDUM IN SUPPORT THEREOF

Continental Food Sales, Inc. ("Continental"), judgment creditor, applies for a turnover order requiring Haire Frozen Foods, Inc. d/b/a Texas Fruit & Berry Co., and Donald W. Haire to deliver nonexempt property in satisfaction of the Judgment entered by this Court against Haire Frozen Foods, Inc. d/b/a Texas Fruit & Berry Co., and Donald W. Haire in favor of Continental on April 1, 2004 ("Judgment") as follows:

1.   Relief is sought under 28 U.S.C. §1651, 7 U.S.C. §499e, and Chapter 31, Texas Civil Practices and Remedies Code.

2.   Haire Frozen Foods, Inc. d/b/a Texas Fruit & Berry Co., may be served through its registered agent Donald W. Haire, at 222 East Van Buren Avenue Suite 408, Harlingen, TX 78550 or at 405 E. Woodland Dr., Harlingen, Texas 78550.

Donald W. Haire may be served c/o Texas Fruit & Berry Co., 222 East Van Buren Avenue Suite 408, Harlingen, TX 78550 or at 405 E. Woodland Dr., Harlingen, Texas 78550.

3.   The judgment is for $42,060.68. The defendants are entitled to a credit of $9,000.00.

APPLICATION FOR TURNOVER ORDER - page 1

4.  The Judgment provides that the sum due under the Judgment "qualifies for trust protection under the trust provisions of Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. §499e, et seq.]"  PACA, 7 U.S.C. §499e(2), provides:

> Perishable agricultural commodities received by a commission merchant, dealer, or broker in all transactions, and all inventories of food or other products derived from perishable agricultural commodities, and any receivables or proceeds from the sale of such commodities or products, shall be held by such commission merchant, dealer, or broker in trust for the benefit of all unpaid suppliers or sellers of such commodities or agents involved in the transaction, until full payment of the sums owing in connection with such transactions has been received by such unpaid suppliers, sellers, or agents.

5.  Continental believes that Haire Frozen Foods, Inc. d/b/a Texas Fruit & Berry Co., and Donald W. Haire own nonexempt property rights which cannot be readily attached or levied on by ordinary legal process.

6.  Haire Frozen Foods, Inc. d/b/a Texas Fruit & Berry Co., and Donald W. Haire hold "[p]erishable agricultural commodities received by a commission merchant, dealer, or broker in all transactions, and all inventories of food or other products derived from perishable agricultural commodities, and any receivables or proceeds from the sale of such commodities or products."  Specifically, Haire Frozen Foods, Inc. d/b/a Texas Fruit & Berry Co., and Donald W. Haire, jointly and severally own interests in produce, equipment and property located in the country of Mexico.

7.  Continental requests that the court appoint a receiver over all of Donald W. Haire's non-exempt assets (subject to the receiver making a report regarding the funds used to pay for the homestead and whether such funds were subject to the PACA trust), and all of the assets of Haire Frozen Foods, Inc. d/b/a Texas Fruit & Berry Co., and, as to be determined by the receiver, to operate Haire Frozen Foods, Inc. d/b/a Texas Fruit & Berry Co.

APPLICATION FOR TURNOVER ORDER - page 2

8. Continental requests that the court order Donald W. Haire to turnover to the receiver for the purpose of taking and selling Donald W. Haire's nonexempt assets, all of the above described documents related to Donald W. Haire's nonexempt assets; that Donald W. Haire and Haire Frozen Foods, Inc. d/b/a Texas Fruit & Berry Co. be order to turnover all of the assets of Haire Frozen Foods, Inc. d/b/a Texas Fruit & Berry Co. Continental further requests that the court order Donald W. Haire and Haire Frozen Foods, Inc. d/b/a Texas Fruit & Berry Co. turnover over to the receiver all the documents described above, and all of the documents or records related to the described property to the receiver.

9. To the extent that the property that is subject of this Application is continuous or repetitive in its benefits to Donald W. Haire and Haire Frozen Foods, Inc. d/b/a Texas Fruit & Berry Co. , Continental requests that Donald W. Haire and Haire Frozen Foods, Inc. d/b/a Texas Fruit & Berry Co. be ordered to deliver to the receiver those benefits immediately upon receipt, along with any documentation of them.

10. Continental further requests that Donald W. Haire and Haire Frozen Foods, Inc. d/b/a Texas Fruit & Berry Co. be required to give an accounting to the receiver and to Continental, within five business days after the date of each delivery of property by Donald W. Haire and Haire Frozen Foods, Inc. d/b/a Texas Fruit & Berry Co. to the receiver.

11. Continental requests that all fees, expenses and costs of the receiver be paid from the assets of Donald W. Haire and Haire Frozen Foods, Inc. d/b/a Texas Fruit & Berry Co. by the receiver before distribution of any moneys to Continental. Continental seeks to recover attorney's fees and costs of $1,500.00 if this turnover application is not contested and at least $5,000 if contested.

APPLICATION FOR TURNOVER ORDER - page 3

Respectfully submitted
BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810

## CERTIFICATE OF CONFERENCE

The undersigned certifies that a true and correct copy of the foregoing Application was provided to counsel for defendants, Lee Wiley, and, after review and a conference, the defendants were unwilling to agree to the relief sought by the Application for Turnover Order. Therefore, the Application is being presented to the Court.

_____

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on counsel for defendant under the Federal Rules of Civil Procedure on this _21st_ day of _February_ 2005.

_____

APPLICATION FOR TURNOVER ORDER - page 4