IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CONTINENTAL FOOD SALES, INC. | § § § |
| vs. | § § Case No. 1:03-CV-00176 |
| HAIRE FROZEN FOODS, INC. d/b/a TEXAS FRUIT & BERRY CO., and DONALD W. HAIRE | § § § |

ORDER TO SHOW CAUSE

Donald W. Haire and Haire Frozen Foods, Inc., d/b/a Texas Fruit & Berry Co. must appear to show why

(1) Donald W. Haire should not be required to turn over nonexempt property in satisfaction of the judgment rendered against him

(2) Donald W. Haire should not be required to turn over

   a. All deeds and related to Donald W. Haire's homestead.

   b. Such documents showing all payments (against promissory notes, as down payments and otherwise) made by Donald W. Haire for the homestead.

(3) Haire Frozen Foods, Inc. should not be required to turn over all its assets and documents in satisfaction of the judgment rendered against it.

(4) Haire Frozen Foods, Inc. should no be required to turn over all documents from the date on which Donald W. Haire acquired his homestead which reflect bills received by Haire Frozen Foods from persons protected by the terms of PACA and payment of such persons by Haire Frozen Foods.

(5) the court should not appoint a receiver.

APPLICATION FOR TURNOVER ORDER - page 5

The hearing is set:

_____, 2005.

_____ o'clock \_\_\_\_. m.

United States Courthouse
600 E. Harrison
Brownsville, TX 78520

Signed _____, 2005, at Brownsville, Texas.

_____
United States District Judge