IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 0 7 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CONTINENTAL FOODS SALES, § <br> INC., a Washington Corporation, § <br>     Plaintiff, § <br> § <br> VS. § <br> § <br> HAIRE FROZEN FOODS, INC., a corporation, § <br> dba TEXAS FRUIT & BERRY CO.; § <br> DONALD W. HAIRE, an individual, § <br>     Defendants. § | CASE NO. 1:03-CV-00176 |

## ORDER TO SHOW CAUSE

Donald W. Haire and Haire Frozen Foods, Inc., d/b/a Texas Fruit & Berry Co. must appear to show why:

(1) Donald W. Haire should not be required to turn over nonexempt property in satisfaction of the judgment rendered against him;

(2) Donald W. Haire should not be required to turn over:

    a. All deeds and related to Donald W. Haire's homestead.

    b. Such documents showing all payments (against promissory notes, as down payments and otherwise) made by Donald W. Haire for the homestead.

(3) Haire Frozen Foods, Inc. should not be required to turn over all its assets and documents in satisfaction of the judgment rendered against it.

(4) Haire Frozen Foods, Inc. should not be required to turn over all documents from the date on which Donald W. Haire acquired his homestead which reflect bills received by Haire Frozen Foods from persons protected by the terms of PACA and payment of such persons by Haire Frozen Foods.

(5)    the court should not appoint a receiver.

The hearing is set for **April 25**, 2005, at **1:30** o'clock **p**.m. at the United States Courthouse, 600 East Harrison St., Brownsville, Texas 78520.

Signed this 7th day of April, 2005.

_____
Andrew S. Hanen
United States District Judge