**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| CONTINENTAL FOOD SALES, INC. | § | |
| A Washington Corporation | § | |
| *Plaintiff* | § | |
| v. | § | |
| | § | CASE NO. 1:03-CV-00176 |
| HAIRE FROZEN FOODS, INC., A | § | |
| Corporation, d/b/a TEXAS FRUIT & | § | |
| BERRY CO., DONALD W. HAIRE, an | § | |
| Individual | § | |
| *Defendants* | § | |

## NOTICE OF APPEARANCE AND DESIGNATION
## OF LEAD COUNSEL

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE AND CLERK
OF THE COURT:

Notice is hereby given that Richard D. Schell is appearing as lead counsel of record in the above styled and numbered cause for Defendants, Haire Frozen Foods, Inc. d/b/a Texas Fruit & Berry Co. and Donald W. Haire.  The undersigned requests that all pleadings, motions, orders or other notices issued in this cause be served on him in accordance with the Federal Rules of Procedure.  Any and all orders, motions, pleadings or notices from the court or from other counsel may be served by fax to 956-687-3329 or by ECF to rick@rickschell.com.

DATED: April 22, 2005.

Respectfully submitted,


_____/S/_____

**Richard D. Schell**
Attorney-in-Charge
State Bar No. 17736780
Federal I. D. No. 1221
100 Savannah, Suite 460
McAllen, Texas  78503
(956) 687-2727
(956) 687-3329 (fax)
*rick@rickschell.com*

Of Counsel:

**LAW OFFICES OF RICHARD D. SCHELL**
100 Savannah, Suite 460
McAllen, Texas  78503
(956) 687-2727
(956) 687-3329 (fax)

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon the following in the manner indicated below:

Mark E. Bennett
**BENNETT, WESTON & LAJONE, P.C.**
1750 Valley View Lane, Suite 120
Dallas, Texas 75234-9010
***Via Fax: 214-373-6810 and ECF***

on this 22nd day of  April , 2005.


_____/S/_____
**Richard D. Schell**