IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CONTINENTAL FOOD SALES, INC. | § § | |
| vs. | § § | Case No. 1:03-CV-00176 |
| HAIRE FROZEN FOODS, INC. d/b/a TEXAS FRUIT & BERRY CO., and DONALD W. HAIRE | § § § § | |

NOTICE OF APPEARANCE

LEASE TAKE NOTICE that Continental Food Sales, Inc., hereby requests that all notices given in this cause and all papers served in this case, be given to and served upon the following:

J. Michael Weston
Mark E. Bennett
Bennett, Weston & LaJone, P.C.
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
TEL: 214-691-1776
FAX: 214-373-6810

This request encompasses all notices, copies and pleadings, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications and any other documents brought before this Court in this case.

Respectfully submitted,
BENNETT, WESTON & LaJONE, P.C.

_____
J. Michael Weston
SBN: 21232100
SD No. 21538
Mark E. Bennett
SBN: 02148900
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
(214) 691-1776
FAX (214) 373-6810

CERTIFICATE OF ~~CONFERENCE~~ SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance was served on all counsel of record on this 25th day of April 2005.

_____