IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CONTINENTAL FOOD SALES, INC. | § |
| | § |
| vs. | § |
| | §   Case No. 1:03-CV-00176 |
| HAIRE FROZEN FOODS, INC. d/b/a | § |
| TEXAS FRUIT & BERRY CO., and | § |
| DONALD W. HAIRE | § |

AGREED ORDER ON PLAINTIFF'S
APPLICATION FOR TURNOVER ORDER

On this day came on to be considered the agreement of the parties regarding the Application for Turnover filed by Continental Food Sales, Inc. ("Continental"), judgment creditor, seeking a turnover order requiring Haire Frozen Foods, Inc. d/b/a Texas Fruit & Berry Co., and Donald W. Haire, (together "Haire") and the Court being of the opinion that the agreed upon order should be entered, it is therefore

ORDERED that Haire Frozen Foods, Inc. d/b/a Texas Fruit & Berry Co., and/or Donald W. Haire pay to Continental, in trust to its counsel Bennett, Weston & LaJone, P.C., the sum of $13,667.00 in good funds from any payment to Haire of the account receivable of Texas Fruit & Berry Co., invoice number 6063 dated April 21, 2005, to Van Drunen Farms (attached hereto as Exhibit "A").

IT IS FURTHER ORDERED that Haire Frozen Foods, Inc. d/b/a Texas Fruit & Berry Co., and/or Donald W. Haire pay to Continental, in trust to its counsel Bennett, Weston & LaJone, P.C., an additional sum of $13,667.00 on or before 5:00 p.m. on June 1, 2005.

IT IS FURTHER ORDERED that upon receipt, on or before June 6, 2005, from counsel for Haire Frozen Foods, Inc. d/b/a Texas Fruit & Berry Co. and Donald W. Haire, Richard Schell, of a pleading stating that the funds required to be paid in the foregoing paragraphs have

been paid as required, plaintiff's Application for Turnover Order will be denied the parties bearing their own costs.

IT IS FURTHER ORDERED that if the statement required from counsel for defendants is not filed on or before June 6, 2005, plaintiff Continental Foods Sales, Inc. is granted the following relief:

a. Donald W. Haire and Haire Frozen Foods, Inc. d/b/a Texas Fruit & Berry Co., Continental turnover over to the United States Marshal for collection, sale and liquidation all assets, including accounts receivable of Haire Frozen Foods, Inc. d/b/a Texas Fruit & Berry Co., along with any documentation related to the assets.

b. Donald W. Haire and Haire Frozen Foods, Inc. d/b/a Texas Fruit & Berry Co. after the date of this order turnover over to the United States Marshal all assets received by either of them, including, but not limited to money, upon receipt for collection, sale and liquidation.

c. This turnover continue in effect until the full amount of the judgment, plus all costs of court, all costs of the United States Marshal and an additional $5,000.00 of attorney's fees hereby awarded to Continental Foods Sales, Inc., are paid in full.

IT IS FURTHER ORDERED that this Order is punishable by contempt of court.

All relief not granted herein is denied.

Signed this _____ day of April 2005.

_____
United States District Judge

Agreed:

_____
Counsel for plaintiff

_____
Counsel for defendants