IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CONTINENTAL FOOD SALES, INC. <br> A Washington Corporation <br>    *Plaintiff* <br> v. <br> <br> HAIRE FROZEN FOODS, INC., A <br> Corporation, d/b/a TEXAS FRUIT & <br> BERRY CO., DONALD W. HAIRE, an <br> Individual <br>    *Defendants* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CASE NO. 1:03-CV-00176 |

## CERTIFICATE OF PAYMENT

Defendants, Haire Frozen Foods, Inc. d/b/a Texas Fruit & Berry Co. and Donald W. Haire, hereby certify that, in accordance with this court's order of April 25, 2005, a final payment in the amount of $13,667.00 has been made to Continental Food Sales, Inc. by remitting same in trust to Bennett, Weston & LaJone, P.C. on June 1, 2005.

Respectfully submitted,

_____/S/_____
**Richard D. Schell**
Attorney-in-Charge
State Bar No. 17736780
Federal I. D. No. 1221
100 Savannah, Suite 460
McAllen, Texas  78503
(956) 687-2727
(956) 687-3329 (fax)
*rick@rickschell.com*

CERTIFICATE OF PAYMENT – Page 1

Of Counsel:

**LAW OFFICES OF RICHARD D. SCHELL**
100 Savannah, Suite 460
McAllen, Texas  78503
(956) 687-2727
(956) 687-3329 (fax)

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon the following in the manner indicated below:

Mark E. Bennett
**BENNETT, WESTON & LAJONE, P.C.**
1750 Valley View Lane, Suite 120
Dallas, Texas 75234-9010
*Via Fax: 214-373-6810 and ECF*

on this <u>6th</u> day of <u> June </u>, 2005.

                                                           /S/
                                          **Richard D. Schell**